April 22, 1971

## Commonwealth *v.* Heard, Appellant.

Submitted December 11, 1970. *John O. Cole* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Mark Sendrow* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Hill, Appellant.

Submitted December 11, 1970. *John J. Duffy,* for appellant; *William H. Lamb,* Assistant District Attorney, and *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.